

**UNDER SEAL**

FILED
2015 OCT 29  AM 11: 21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America **PLAINTIFF(S)** v. Mohammad Abed Manasra **DEFENDANT(S).** | **CASE NUMBER** 15-2074M **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Indictment__
in the _____ District of __New Mexico__ on __Oct 20, 2015__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __October 19, 2014__
in violation of Title __18 USC 1159__ U.S.C., Section(s) __1159__
to wit: __Violation of the Indian Arts and Crafts Act__

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on __10/29/15__, by
_____, Deputy Clerk.

__[signature]__     __Stephanie Johnson__
Signature of Agent     Print Name of Agent

__US Fish + Wildlife Service__     __Special Agent__
Agency     Title

CR-52 (05/98)     **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**