AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>MOHAMMAD ABED MANASRA,<br>Defendant | ) ) ) ) ) ) )  Case No. 15cr3762-003 JCH |

15-2074M

FILED 2015 OCT 29 AM 11:21 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mohammad Abed Manasra,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371:
Conspiracy to Violate the Indian Arts and Crafts Act;

Counts 2-4: 18 U.S.C. § 1159:
Violation of the Indian Arts and Crafts Act.

Date:   10/21/2015

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*